UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| DEUTSCHE BANK NATIONAL TRUST COMPANY, | Case No. 2:17-cv-01761-JAD-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | (Mot Extend DPSO – ECF No. 15) |
| PARK 1 AT SUMMERLINGATE HOMEOWNERS ASSOCIATION, | |
| Defendant. | |

Before the court is plaintiff Deutsche Bank National Trust Company's Motion to Extend Discovery Deadlines (First Request) (ECF No. 15). No opposition has been filed and the time for filing a response has expired. On May 22, 2018, plaintiff filed a Notice of Non-Opposition (ECF No. 18).

The motion seeks a brief extension of the discovery plan and scheduling order deadlines to enable Deutsche Bank to retain an expert to provide an historical appraisal of the subject property's value at the time of the HOA sale. The discovery plan and scheduling order established a July 2, 2018 discovery cutoff with a May 2, 2018 deadline for disclosing experts (ECF No. 13). The motion represents that the parties believed this case would resolve and discussed potential resolution at the Rule 26(f) conference. However, in the interim counsel for the bank recently learned that the property at issue in this case has been resold. No discovery was completed in this case because counsel for plaintiff reasonably believed that it was the parties' intent to quickly resolve the case without any discovery.

Having reviewed and considered the matter,

/ / /

**IT IS ORDERED** that Deutsche Bank National Trust Company's Motion to Extend Discovery Deadlines (First Request) (ECF No. 15) is **GRANTED** and the deadlines are extended as follows:

   a. Last date to file interim status report: **June 4, 2018**

   b. Last date to disclose initial expert report: **June 4, 2018**

   c. Last date to disclose rebuttal experts: **July 5, 2018**

   d. Last date to complete discovery: **August 3, 2018**

   e. Last date to file dispositive motions: **September 4, 2018**

   f. Last date to file the joint pretrial order: **October 4, 2018**. In the event dispositive motions are timely filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision of the dispositive motions. The disclosures required by Rule 26(a)(3) and any objections thereto shall be included in the joint pretrial order.

   g. Last date to file motion/stipulation to extend discovery: **July 13, 2018**.

DATED this 29th day of May, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE