# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Deutsche Bank National Trust Company as Trustee for IndyMac Inda Mortgage Loan Trust 2005-AR1, Mortgage Pass-through Certificates Series 2005-AR1,<br><br>    Plaintiff<br>v.<br><br>Park 1 at Summerlingate Homeowners' Association,<br><br>    Defendant | Case No. 2:17-cv-01761-JAD-BNW<br><br>**Order Vacating Hearing, Dismissing Remaining Claims as Moot and Directing Entry of Final Judgment**<br><br>[ECF Nos. 30, 32] |

    Three months ago, I granted Deutsche Bank's motion for partial summary judgment. I found that the bank had established that the 2014 non-judicial, HOA foreclosure sale of a condominium home on which it claims a deed of trust was affected by fraud and unfairness and should be equitably set aside. But because the bank's motion did not address its unjust-enrichment claim and offered no argument about the precise nature of the equitable relief that it is entitled to for this fraud, I entered only partial summary judgment and gave the bank until June 20, 2019, to file a final wrap-up motion.

    The bank complied. In its Motion for Summary Judgment on all Remaining Issues and Request for Final Judgment,[1] it "submits that the remaining pending claims are moot" and asks that I dismiss those claims and enter final judgment declaring that "the HOA and any successors-

---
[1] ECF No. 32.

in-interest to the HOA, purchased the Property subject to the first Deed of Trust."[2]  The HOA has not responded or moved to extend its deadline to do so.

Based on my grant of partial summary judgment in favor of the bank on its quiet-title claims for the reasons stated in my Order Granting Partial Summary Judgment,[3] and with good cause appearing and no reason to delay, IT IS THEREFORE ORDERED that the Motion for Summary Judgment on All Remaining Issues and Request for Final Judgment **[ECF Nos. 30, 32] is GRANTED; the Clerk of Court is directed to ENTER FINAL JUDGMENT in favor of the plaintiff and against the defendant DECLARING that**

> **the deed of trust for the property located at 8600 W. Charleston Blvd., unit 1192 in Las Vegas, Nevada, recorded as Instrument # 20050831-0006777 in the real property records of Clark County, Nevada, on 8/31/05, was not extinguished by the foreclosure sale reflected in Instrument # 20141014-0000984 in the real property records of Clark County, Nevada, on 10/14/14, so foreclosure-sale purchaser Park 1 at Summerlingate Homeowners' Association took the property subject to the deed of trust.**

IT IS FURTHER ORDERED that **all remaining claims are DISMISSED** as moot, and the Clerk of Court is directed to **CLOSE THIS CASE**.

The **hearing scheduled for 8/26/19 at 3 p.m. [ECF No. 33] is VACATED.**

Dated: August 25, 2019

_____
U.S. District Judge Jennifer A. Dorsey

---

[2] *Id*. at 5.

[3] ECF No. 29.